UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-121

| | |
|---|---|
| BETTY BROWN,<br>Plaintiff, | )<br>)<br>) |
| v. | )     O R D E R<br>) |
| BLUE CROSS AND BLUE<br>SHIELD OF ALABAMA, *et al*,<br>Defendants. | )<br>)<br>) |

    THIS MATTER is before the Court on its own motion. Due to pending motion for summary judgment, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for the **January 12, 2015** trial term at 10:00 a.m. in Courtroom #3.

    SO ORDERED.

Signed: August 7, 2014

Graham C. Mullen
United States District Judge