# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cv-121-GCM

| | |
|---|---|
| **BETTY BROWN,** ) | |
|       **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **BLUE CROSS AND BLUE SHIELD** ) | |
| **OF ALABAMA,** *et al,* ) | |
|       **Defendants.** ) | |

      THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **March 9, 2015** in Courtroom #3.

      IT IS SO ORDERED.

Signed: December 2, 2014

Graham C. Mullen
United States District Judge