IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-121-GCM

| | |
|---|---|
| BETTY BROWN, )<br>Plaintiff, )<br>v. )<br> )<br>BLUE CROSS AND BLUE SHIELD )<br>OF ALABAMA, *et al*, )<br>Defendants. )<br> ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Timothy A. Palmer,** filed January 22, 2015 [doc. # 48].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Palmer is admitted to appear before this court *pro hac vice* on behalf of Defendants, Blue Cross and Blue Shield of Alabama, Blue Cross and Blue Shield of Alabama Group Health Care Plan, and Cahaba Safeguard Administrators, LLC.

**IT IS SO ORDERED.**

Signed: January 23, 2015

Graham C. Mullen
United States District Judge