**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:13-CV-121-GCM**

| | |
|---|---|
| BETTY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF ALABAMA; CAHABA | ) |
| SAFEGUARD ADIMINSTRATORS, LLC; | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF ALABAMA GROUP HEALTH | ) |
| CARE PLAN, | ) |
| | ) |
| Defendants. | ) |

---

## ORDER

**THIS MATTER** is before the Court upon Defendants' Motion for Summary Judgment (Doc. No. 22). The Court held a hearing on this matter on January 28, 2015. For the reasons stated in open court at the hearing, Defendants' Motion is **GRANTED**. This case is **DISMISSED**. The Clerk of Court is directed to enter judgment accordingly and **CLOSE THE CASE**.

**SO ORDERED.**

Signed: January 28, 2015

Graham C. Mullen
United States District Judge